IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    **CASE NO. 1:06-cr-00035-AK-MP**

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on a petition alleging that the Defendant violated the conditions of her pretrial release supervision as outlined in Petition for Action on Conditions of Pretrial Release filed with the Clerk of the U. S. District Court for the Northern District of Florida, on November 21, 2006.  On December 8, 2006, the Defendant entered an admission to the violation contained in the petition.  The Court finds that the Defendant violated the terms and conditions of her pretrial release.  Because of the violation, the Court finds that additional conditions of release are necessary.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Defendant shall not have any contact, direct or indirect, with any co-defendant, Bruce Adams, or any member of the Adams family;

    2.    The Defendant shall not have contact, direct or indirect, with any employees, owners, or any persons at the All Pro Fiberglass/Concrete company, or through the company;

    3.    The Defendant shall contact Ms. Stiefvater at the United States Probation Office

      in the Northern District of Florida on Monday, December 11, 2006, for an appointment concerning employment;

4.     The Defendant's pretrial supervised release is continued, and all other terms and conditions previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this   *8th* day of December, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
