# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  **CASE NO. 1:06-cr-00035-AK-MP**

EDWARD J. HILGENDORF, aka "ROB,"
BETTY JO RAINS,
BRUCE DAVID ADAMS,
and JUAN BAEZ,

      Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 81, Motion to Continue Trial, filed by the Government. A telephone hearing on this motion was held on Thursday, January 18, 2007. At the hearing, the Government stated that because Assistant U.S. Attorney R. Jerome Sanford is retiring from government service prior to the date of trial, a continuance is needed so that the new government counsel can become sufficiently familiar with the case to be ready for trial. Trial is currently set for February 6, 2007. Defendants do not object to the Government's motion, and waive any speedy trial objection. Because Mr. Sanford has been involved in this case throughout its investigation, indictment, and pre-trial discovery proceedings, the Court finds that a failure to grant a continuance would deny the new attorney for the Government the time necessary to effectively prepare, and that the ends of justice served outweigh the best interests of the Defendants and the public in a speedy trial. See 18 U.S.C. § 3161(h)(8)(B)(iv). Accordingly, the Government's motion is granted, and trial is hereby continued to Tuesday, March 13, 2007, at 12:30 p.m.

**DONE AND ORDERED** this   *19th* day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
