IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 1:06-cr-00035-MP-AK

BRUCE DAVID ADAMS,

     Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 89, Motion to Compel Discovery, filed by

Defendant Adams.  In his motion, Defendant Adams moves, pursuant to Rule 16(a)(1)(E) of the

Federal Rules of Criminal Procedure, for the Court to compel the Government to allow

Defendant to inspect certain documents; specifically, three separate petitions for search warrants

that were presented to the Circuit Court Judge for the Eighth Judicial Circuit of Florida.

Defendant states that these petitions are presently under seal by the Office of the State Attorney.

Although the Government does not object to Defendant's motion, it also states that it is without

authority to have the State petitions for search warrants unsealed.

Because trial in this case is scheduled for March 13, 2007, and because Defendant states

that he seeks discovery of these petitions in order to prepare his defense, the Court believes that

a hearing is necessary to resolve whether it has the authority to order the unsealing or the

discovery of the petitions for search warrants issued by the State of Florida against Bruce

Adams, Donna Adams, and Betty Jo Rains.  It is unclear from the record whether the

Government has custody or control over the petitions, or who applied for the search warrants.

An in-court hearing on this matter is set for Thursday, March 8, 2007, and the parties are

directed to file briefs on this Court's authority to order the unsealing or to otherwise compel

discovery of the petitions.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    An in-court hearing is scheduled for Thursday, March 8, 2007, at 2:00 p.m., on Defendant Adams' Motion to Compel Discovery;

2.    The parties are directed to file briefs no later than March 6, 2007, on the Court's authority to either order the unsealing or compel the discovery of the petitions for search warrants issued by the State of Florida against Bruce Adams, Donna Adams, and Betty Jo Rains.

**DONE AND ORDERED** this  *21st* day of February, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge