IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CASE NO. 1:06-cr-00035-MP-AK

BRUCE DAVID ADAMS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 94, Notice of Withdrawing Motion to Compel Discovery, filed by Defendant Adams.  In his motion, Defendant Adams states that because the documents he previously requested from the United States Attorney's Office have now been furnished, he withdraws his Motion to Compel.  By prior order, an in-court hearing on Defendant's Motion to Compel was scheduled for Thursday, March 8, 2007, with the parties directed to file briefs on the Court's authority to either order the unsealing or compel the discovery of the petitions for search warrants issued by the State of Florida.  Doc. 90.  As this issue is now moot, the order in Doc. 90 is hereby vacated, the hearing on the Motion to Compel is canceled, and the parties are relieved of their obligation to file briefs on this matter.

    **DONE AND ORDERED** this   *27th*  day of February, 2007

                                     *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge