IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 147, the government's motion to revoke the plea agreement in this case. A hearing was held on May 31, 2007, during which the defendant was advised of the consequences of having the plea agreement revoked. After being advised, the defendant indicated through counsel, and advised the court directly in response to inquiry, that she did not oppose the revocation of the plea agreement. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The motion to revoke the plea agreement is granted, and the plea agreement at doc. 127 is revoked.

    **DONE AND ORDERED** this  *1st*  day of June, 2007

                     *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge