IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 223, Motion to Continue Sentencing, and Doc. 226, Motion to Substitute Counsel, filed by Defendant Betty Jo Rains. In her motion to substitute counsel, Defendant requests that her current attorney, Arthur Huntley Johnson, be permitted to withdraw, and that Thomas L. Edwards be substituted as counsel of record. The motion is granted, Mr. Johnson is relieved of further responsibility in this case, and Thomas L. Edwards is hereby substituted as counsel of record for Defendant Rains.

In her motion to continue, Defendant states that the trial at which she might testify has been continued, and therefore Defendant requests a continuance of her sentencing hearing, currently set for September 26, 2007. The Government does not object to Defendant's motion. After considering the matter, the Court grants Defendant's motion. Therefore, Defendant Rains' sentencing hearing is reset for Wednesday, October 24, 2007, at 9:30 a.m. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant's Motion to Substitute Counsel is granted, and Arthur Huntley Johnson is relieved of further responsibility in this case. The Clerk is directed to enter Thomas L. Edwards, 4545 NW 8th Ave., Gainesville, FL 32605 [(352) 377-7800] as the attorney of record.

2. The Motion to Continue Sentencing, Doc. 223, is granted, and Defendant Rains' sentencing hearing is reset for Wednesday, October 24, 2007, at 9:30 a.m.

**DONE AND ORDERED** this  *26th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge