IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 227, Motion for a Preliminary Order of Forfeiture, filed by the United States of America.  Being fully advised in the premises, the Court finds:

1.  On April 3, 2007, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the Defendant, charging her with violations of 21, United States Code, Sections 841(a)(1), 841 (b)(1)(A)(ii), and 846.

2.  The Indictment included a Forfeiture Count, pursuant to Title 21, United States Code, Section 853.

3.  On April 5, 2007, a Plea and Cooperation Agreement was filed with the Clerk of the U.S. District Court in the Northern District of Florida.  The Defendant pled guilty to Counts One and Two of the Indictment.

4.  The Plea and Cooperation Agreement included a forfeiture agreement that the Defendant, Betty Jo Rains, shall forfeit all forfeitable assets to the United States of America.  Specifically, the Defendant forfeits her interest in the following:

    (A)    The sum of $25,000 as total proceeds obtained by Betty Jo Rains from her illegal activity during and in furtherance of the conspiracy.

 (B) Real Property located at 120 NW 123rd Street, Newberry, FL 32669-3007, more particularly described as West End Estates PB E-31, Lots 49, 50, and 55, OR 1721/2116.

 (C) Real Property described as West End Golfview Estates PB J-5, Lot 7 per unrecorded deed, Alachua County, Florida.

 (D) 1997 Dodge Ram 4-door truck, VIN #1B7HF13Z7VJ626812.

5. By virtue of the Plea and Cooperation Agreement, the United States is entitled to possession of the above-described property pursuant to 21 United States Code, Section 853. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that based on the foregoing, the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853:

 (A) The sum of $25,000 as total proceeds obtained by Betty Jo Rains from her illegal activity during and in furtherance of the conspiracy.

 (B) Real Property located at 120 NW 123rd Street, Newberry, FL 32669-3007, more particularly described as West End Estates PB E-31, Lots 49, 50, and 55, OR 1721/2116.

 (C) Real Property described as West End Golfview Estates PB J-5, Lot 7 per unrecorded deed, Alachua County, Florida.

 (D) 1997 Dodge Ram 4-door truck, VIN #1B7HF13Z7VJ626812.

It is further ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney

General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United States shall:

    1.  State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

    2.  To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

**DONE AND ORDERED** this   _26th_ day of September, 2007

           *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge