IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                       CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 250, Motion to Continue Sentencing, filed by Defendant Betty Jo Rains. Defendant states that the trial at which she might testify has been continued again, and therefore Defendant requests a continuance of her sentencing hearing, currently set for October 24, 2007. The Government does not object to Defendant's motion. After considering the matter, the Court grants Defendant's motion. Therefore, Defendant Rains' sentencing hearing is reset for Wednesday, November 28, 2007, at 10:30 a.m.

**DONE AND ORDERED** this   *17th* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge