IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 263, Motion to Continue Sentencing, filed by Defendant Betty Jo Rains. Defendant states that the trial at which she might testify has been continued. In order for the Government to evaluate her assistance, Defendant requests that her sentencing hearing, currently set for November 28, 2007, be continued. The Government does not object to Defendant's motion. After considering the matter, the Court grants Defendant's motion. Therefore, Defendant Rains' sentencing hearing is reset for Wednesday, February 6, 2008, at 2:00 p.m.

    **DONE AND ORDERED** this <u>  13th </u> day of November, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
