IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 277, Motion to Continue Sentencing, filed by Defendant Betty Jo Rains. In the motion, Defendant Rains states that she is expected to testify at the trial of a co-defendant. Because the trial of the co-defendant has been continued, Defendant requests that her sentencing hearing, currently set for February 6, 2008, also be continued. The Government does not object to the requested continuance. Therefore, after considering the matter, the Court grants the motion, and the sentencing hearing is continued to Wednesday, February 27, 2008, at 2:00 p.m.

    **DONE AND ORDERED** this   *17th* day of January, 2008

               *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge