IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                       CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 331, Motion to Continue, filed by Defendant Betty Jo Rains. Defendant's sentencing is currently scheduled for Thursday, September 17, 2008. Defendant's attorney has arranged for Defendant to be evaluated for purposes of disposition and for appropriate placement within the Bureau of Prisons. Defendant requests a continuance of 30 days in order to complete this evaluation. The Government is unopposed to Defendant's motion. Upon consideration, the motion to continue at Doc. 331 is GRANTED. Defendant Betty Jo Rains' sentencing is hereby reset to Thursday, October 16, 2008, at 10:30 a.m.

**DONE AND ORDERED** this  _11th_ day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge