IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 341, Motion to Continue Sentencing, filed by Defendant Betty Jo Rains. Defendant's sentencing is currently scheduled for October 16, 2008. Defendant's counsel asks for a continuance of 30 days in order to arrange for an evaluation of Defendant for purposes of disposition and appropriate placement within the Bureau of Prisons. The sentencing of Defendant's co-defendant has already been continued until Thursday, November 13, 2008. The Government is unopposed to Defendant's motion. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to continue sentencing, Doc. 341, is GRANTED. The sentencing of BETTY JO RAINS is hereby reset to Thursday, November 13, 2008, at 10:30 a.m.

**DONE AND ORDERED** this __10th__ day of October, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge