IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 354, Motion to Continue, filed by Defendant Betty Jo Rains.  Defendant requests that her sentencing hearing, which is currently scheduled for December 9, 2008, be continued for 30 days so that it will coincide with the sentencing hearing of her co-defendant, Mr. Edward Hilgendorf, whose motion to continue sentencing for 30 days was recently granted.  See Doc. 353.  The Court notes that Mr. Hilgendorf's sentencing hearing was reset by separate notice after Defendant filed the instant motion and that it was continued for more than 30 days.  Defendant's motion makes clear, however, that its purpose is to secure a sentencing date that coincides with that of Mr. Hilgendorf.  The Court therefore assumes that Defendant does not object to a continuance longer than 30 days.  The Government is unopposed to the motion.  Upon consideration, the motion at Doc. 354 is GRANTED.  Defendant Betty Jo Rains' sentencing hearing is hereby reset to Wednesday, January 20, 2009, at 2:30 p.m.

    **DONE AND ORDERED** this   5th   day of December, 2008

                            *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge