IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 367, Motion to Continue, filed by Defendant Betty Jo Rains. The sentencing of Ms. Rains' co-defendant, Edward J. Hilgendorf, was recently continued to Wednesday, March 18, 2009, at 1:00 p.m. Ms. Rains requests that her sentencing, which is currently set for today, February 17, 2009, be continued to the same date. The Government is unopposed to the requested continuance. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    Defendant's Motion to Continue, Doc. 367, is GRANTED. The sentencing hearing for BETTY JO RAINS is hereby reset to Wednesday, March 18, 2009, at 1:30 p.m.

    **DONE AND ORDERED** this __17th__ day of February, 2009

                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge