IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 375, Motion to Continue Sentencing, filed by Defendant Betty Jo Rains. Defendant's sentencing is currently set for Thursday, March 19, 2009. Defendant requests a continuance of 30 days, because her attorney is set to undergo surgery the preceding day and is expected to be unable to attend Court for some time thereafter. The Government does not oppose the motion. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Continue Sentencing, Doc. 375, is GRANTED. The sentencing of BETTY JO RAINS is reset to Wednesday, April 22, 2009, at 10:30 a.m.

**DONE AND ORDERED** this _16th_ day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge