IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                             CASE NO. 1:06-cr-00035-MP-AK

BETTY JO RAINS,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 380, Motion to Continue Sentencing, filed by Defendant. Because Defendant's attorney was recovering from surgery and unable to attend Defendant's sentencing, the Court entered an order on March 16, 2009, granting Defendant's last motion to continue and resetting Defendant's sentencing to April 22, 2009. See Doc. 376. According to the instant motion, Defendant's attorney will not be able to attend that sentencing, due to continued restrictions on his mobility, as ordered by his doctor. Defendant therefore requests another continuance of two weeks. The Government is unopposed. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Continue Sentencing (Doc. 380) is GRANTED. The sentencing hearing for BETTY JO RAINS is reset to Thursday, May 14, 2009, at 10:30 a.m.

**DONE AND ORDERED** this   *14th* day of April, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge