IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-35-MP-GRJ

BETTY JO RAINS,
_____/

**O R D E R**

This case is before the Court on Doc. 497, Defendant's motion to hold her pending 28 U.S.C. § 2255 motion in abeyance pending decisions by the U.S. Supreme Court in cases concerning ineffective assistance of counsel claims. The Court concludes that a stay or abeyance is unnecessary at this time. The Court generally resolves § 2255 motions in the order in which they are filed. If the pending cases are relevant to Defendant's claims and remain undecided at the time a recommendation is prepared on Defendant's § 2255 motion, the Court will revisit the issue whether the motion should be held in abeyance. Accordingly, the instant motion, Doc. 497, is **DENIED.**

**DONE AND ORDERED** this 9th day of February 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge