**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

v.   CASE NO. 1:06-cr-00035-MP-GRJ-2

BETTY JO RAINS,

   Defendant.

_____/

**O R D E R**

This matter is before the Court on petitioner's motion for certificate of appealability. (Doc. 527). On August 27, 2012, petitioner filed a notice of appeal as to the Court's order denying her motion for reconsideration. (*See* doc. 513).

An appeal may not be taken to the court of appeals from the final order in a habeas corpus proceeding unless the Court issues a certificate of appealability. See 28 U.S.C. 2253(c)(1). The Court may issue a certificate of appealability only if the applicant has made a substantial showing of the denial of a constitutional right. See 28 U.S.C. 2253(c)(2).

For the reasons stated in the magistrate judge's order (doc. 506) and the Court's order affirming the magistrate judge's order (doc. 511), the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further.

Accordingly it is now **ORDERED** as follows:

Petitioner's motion for certificate of appealability, Doc. 527, is DENIED.

**DONE AND ORDERED** this   *22nd* day of October, 2012

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
