**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

v.                                                            CASE NO. 1:06-cr-00035-MP-GRJ-2

BETTY JO RAINS,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated November 14, 2016. (Doc. 556). The parties have been furnished a copy

of the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc.

557. I have made a *de novo* review based on those objections.

    Having considered the Report and Recommendation, and the timely filed objections, I

have determined that the Report and Recommendation should be adopted.

    Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 556, is adopted and incorporated by reference in this order.

2.    The clerk is directed to enter judgment stating "Petitioner's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 and Amendment 794 of the U.S.S.G. 3B1.2, Doc. 555, is **SUMMARILY DISMISSED**. A certificate of appealability is **DENIED**."

3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this *13th* day of December, 2016

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge